UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KEITH VALENTINO WILLIAMS-JOHNSON,

Defendant.
__________________________________/

**INDICTMENT**

The Grand Jury charges:

(Felon in Possession of a Firearm)

On or about August 15, 2026, in Calhoun County, in the Southern Division of the Western District of Michigan, the defendant,

KEITH VALENTINO WILLIAMS-JOHNSON,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a loaded Kel-Tec model P11 9mm pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

**FORFEITURE ALLEGATION**
(Felon in Possession of a Firearm)

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1), set forth in this Indictment,

KEITH VALENTINO WILLIAMS-JOHNSON

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offense, including but not limited to: a loaded Kel-Tec model P11 9mm pistol, serial number AFT24, and associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

DANIEL T. McGRAW
Assistant United States Attorney